Certificate Number: 17572-PAM-DE-033470400

Bankruptcy Case Number: 19-03514



17572-PAM-DE-033470400

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 26, 2019</u>, at <u>2:59</u> o'clock <u>PM PDT</u>, <u>Bertram J Elliott</u> completed a course on personal financial management given <u>by telephone</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>September 26, 2019</u>      By:     <u>/s/Leigh-Anna M Thompson</u>

Name:   <u>Leigh-Anna M Thompson</u>

Title:   <u>Counselor</u>