Certificate Number: 17572-PAM-DE-033470399

Bankruptcy Case Number: 19-03514



17572-PAM-DE-033470399

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 26, 2019, at 2:59 o'clock PM PDT, Charlotte J Elliott completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | |
|---|---|
| Date: September 26, 2019 | By: /s/Leigh-Anna M Thompson |
| | Name: Leigh-Anna M Thompson |
| | Title: Counselor |