```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 19-03514-HWV
Bertram Joseph Elliott                                             Chapter 13
Charlotte Jean Elliott
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman          Page 1 of 2          Date Rcvd: Sep 30, 2019
                              Form ID: ntcnfhrg        Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
```
db/jdb         +Bertram Joseph Elliott,    Charlotte Jean Elliott,    3784 Baltimore Pike,
                 Hanover, PA 17331-9695
5236359         Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
5236360        +BarclayCard,    P.O. Box 8803,    Wilmington, DE 19899-8803
5236361        +Barclays Bank Delaware,    100 South West Street,    Wilmington, DE 19801-5015
5236362        +Bob's Discount Furniture,    PO Box 14517,    Des Moines, IA 50306-3517
5236365         Crown Asset Management, LLC,    c/o Pressler, Felt & Warshaw LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
5236367         Fifth Third,    1797 NE Espressway,    Atlanta, GA 30329
5236368         Fingerhut,    P.O. Box 70281,    Philadelphia, PA 19176-0281
5236369        +Justice Jeffrey A. Sneeringer,    20 Wayne Avenue,    Suite 2,    Hanover, PA 17331-3340
5236371        +Law Offices of Shawn A. Goldfaden,    29 West Susquehanna Avenue,    Suite 707,
                 Towson, MD 21204-5216
5243640         Law Offices of Shawn A. Goldfaden, LLC,    215 Washington Avenue Ste 707,    Towson, MD 21204
5236373        +Midland  Funding LLC,    320 East Big Beaver,    Troy, MI 48083-1271
5245113        +Navient Solutions, LLC obo ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
5237775         Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
5236375         Nissan Motor Acceptance Corporation,    P.O. Box 742658,    Cincinnati, OH 45274-2658
5236376         Pressler, Felt & Warshaw LLP,    c/o Ian Z. Winograd, Esquire,    7 Entin Road,
                 Parsippany, NJ 07054-5020
5236377         Santander Consumer USA,    P.O. Box 105255,    Atlanta, GA 30348-5255
5236378         Santander Consumer USA,    P.O. Box 660633,    Dallas, TX 75266-0633
5243327        +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284
5236379        +Shawn A. Goldfaden, Esquire,    29 West Susquehanna Avenue,    Suite 707,    Towson, MD 21204-5216
5236387        +Travel Resorts of America,    1930 North Poplar Street,    Southern Pines, NC 28387-7092
5244568         Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN, 55121-7700
5236388         Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2019 19:54:11
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5236358         E-mail/Text: bankruptcygroup@apgfcu.com Sep 30 2019 19:39:53     APGFCU,    P.O. Box 1176,
                 Aberdeen, MD 21001-6176
5236356         E-mail/Text: bankruptcygroup@apgfcu.com Sep 30 2019 19:39:53     Aberdeen Proving Ground,
                 P.O. Box 1176,    Aberdeen, MD 21001-6176
5236357         E-mail/Text: ally@ebn.phinsolutions.com Sep 30 2019 19:39:24     Ally,
                 Payment Processing Center,    Louisville, KY 40290-1951
5236363         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 30 2019 19:43:30     Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
5239113         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 30 2019 19:42:45
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5236364        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 30 2019 19:40:50     Comenity,
                 P.O. Box 182120,    Columbus, OH 43218-2120
5242708         E-mail/Text: bankruptcy@sccompanies.com Sep 30 2019 19:41:37     Country Door,
                 1112 7th Avenue,    Monroe, WI 53566-1364
5236366         E-mail/Text: mrdiscen@discover.com Sep 30 2019 19:39:52     Discover Bank,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
5237520         E-mail/Text: mrdiscen@discover.com Sep 30 2019 19:39:52     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5236370        +E-mail/Text: bncnotices@becket-lee.com Sep 30 2019 19:40:36     Kohl's Payment Center,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
5236372        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 30 2019 19:42:50     LVNV Funding LLC,
                 c/o Resurgent Capital Services LP,    P.O. Box 1269,    Greenville, SC 29602-1269
5238430         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 30 2019 19:42:51     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5236374        +E-mail/PDF: pa_dc_claims@navient.com Sep 30 2019 19:43:16     Navient,    P.O. Box 9655,
                 Wilkes Barre, PA 18773-9655
5236381         E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2019 19:43:04     SYNCB/Belk,    PO Box 530940,
                 Atlanta, GA 30353-0940
5236382        +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2019 19:43:29     SYNCB/Home Design,
                 P.O. Box 965036,    Orlando, FL 32896-5036
5236383        +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2019 19:43:29     SYNCB/Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
5236384        +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2019 19:43:05     SYNCB/Sam's Club,    PO Box 965005,
                 Orlando, FL 32896-5005
5245913        +E-mail/Text: bankruptcy@sccompanies.com Sep 30 2019 19:39:19     Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5236380         E-mail/Text: bankruptcy@sccompanies.com Sep 30 2019 19:39:18     Stoneberry,    P.O. Box 2820,
                 Monroe, WI 53866-8020
5236385         E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2019 19:43:05     Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
```

```
District/off: 0314-1           User: REshelman            Page 2 of 2              Date Rcvd: Sep 30, 2019
                               Form ID: ntcnfhrg          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5236676         +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2019 19:43:28      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5236386          E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2019 19:43:05      Synchrony Networks,
                 PO Box 965036,   Orlando, FL 32896-5036
                                                                                             TOTAL: 23

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE Et Al... bkgroup@kmllawgroup.com
          Thomas   Song     on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
          Thomas E. Miller     on behalf of Debtor 2 Charlotte Jean Elliott staff@tommillerlawoffice.com
          Thomas E. Miller     on behalf of Debtor 1 Bertram Joseph Elliott staff@tommillerlawoffice.com
          United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: Bertram Joseph Elliott, **Debtor 1** Charlotte Jean Elliott, **Debtor 2** | Chapter 13 Case No. 1:19–bk–03514–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 30, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 6, 2019 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: REshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 30, 2019 |

ntcnfhrg (03/18)