## U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Bertram Joseph Elliott, Case Number: 19-03514, HWV, Ref: [p-140832917]

USBankruptcyCourts@noticingcenter.com [USBankruptcyCourts@noticingcenter.com]

Sent: 10/15/2019 6:48 PM
To: staff@tommillerlawoffice.com

Notice of Returned Mail to Debtor/Debtor's Attorney
October 15, 2019

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Bertram Joseph Elliott, Case Number 19-03514, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>Ronald Reagan Federal Building</u>
<u>228 Walnut St, Rm 320</u>
<u>Harrisburg, PA 17101-1737</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Santander Consumer USA
P.O. Box 105255
Atlanta, GA 30348-5255

THE UPDATED ADDRESS IS:

*[handwritten]* Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

_____      10/16/2019
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

**Attachments:**   R_P11903514pdf0020087.PDF

Copyright © 2003-2019. All rights reserved.

# U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Bertram Joseph Elliott, Case Number: 19-03514, HWV, Ref: [p-140830135]

USBankruptcyCourts@noticingcenter.com [USBankruptcyCourts@noticingcenter.com]

**Sent:** 10/15/2019 6:03 PM
**To:** staff@tommillerlawoffice.com

Notice of Returned Mail to Debtor/Debtor's Attorney
October 15, 2019

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

   In re: Bertram Joseph Elliott, Case Number 19-03514, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>Ronald Reagan Federal Building</u>
<u>228 Walnut St, Rm 320</u>
<u>Harrisburg, PA 17101-1737</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Santander Consumer USA
P.O. Box 105255
Atlanta, GA 30348-5255

THE UPDATED ADDRESS IS:

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

_____/s/ M.L._____	Date 10/16/2019
Signature of Debtor or Debtor's Attorney

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

**Attachments:** R_P11903514ntcnfhrg0087.PDF

Copyright © 2003-2019. All rights reserved.