IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BERTRAM JOSEPH ELLIOTT
and CHARLOTTE JEAN ELLIOTT, : CHAPTER 13
    husband and wife, :
                                                 : CASE NO. 1:19-bk-03514
                                                 :
    Debtors :

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

I, Bertram Joseph Elliott, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on December 4, 2019.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: November 26, 2019            BY: s/ Thomas E. Miller
                                                                      Counsel for Debtor

DATED: November 26, 2019            BY: s/ Bertram Joseph Elliott
                                                                      Debtor

DATED: November 26, 2019            BY: s/ Charlotte Jean Elliott
                                                                      Joint Debtor