In re:                                                          Case No. 19-03514-HWV
Bertram Joseph Elliott                                          Chapter 13
Charlotte Jean Elliott
            Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: PamelaRad      Page 1 of 1              Date Rcvd: Nov 25, 2019
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
5258675       Bank Of America, N.A.,   Bank Of America,   PO Box 31785,   Tampa, FL, 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Danielle  Boyle-Ebersole   on behalf of Creditor   MEB Loan Trust IV c/o Select Portfolio
          Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          James  Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE Et Al... bkgroup@kmllawgroup.com
          Thomas  Song   on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
          Thomas E. Miller   on behalf of Debtor 2 Charlotte Jean Elliott staff@tommillerlawoffice.com
          Thomas E. Miller   on behalf of Debtor 1 Bertram Joseph Elliott staff@tommillerlawoffice.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
                                                                          TOTAL: 8

# United States Bankruptcy Court

### Middle District of Pennsylvania
### Case No. 1:19-bk-03514-HWV
### Chapter 13

In re: Debtor(s) (including Name and Address)

Bertram Joseph Elliott
3784 Baltimore Pike
Hanover PA 17331

Charlotte Jean Elliott
3784 Baltimore Pike
Hanover PA 17331

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/24/2019.

Name and Address of Alleged Transferor(s):

Claim No. 14: Bank Of America, N.A., Bank Of America, PO Box 31785, Tampa, FL, 33631-3785

Name and Address of Transferee:

MEB Loan Trust IV
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115
MEB Loan Trust IV
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/27/19

Terrence S. Miller

**CLERK OF THE COURT**