IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
BERTRAM JOSEPH ELLIOTT and : CHAPTER 13
CHARLOTTE JEAN ELLIOTT, :
        Husband and Wife, : CASE NO. 1:19-bk-03514-HWV
        Debtors :
            : MOTION TO APPROVE
            : SHORT SALE

## ORDER

Upon consideration of the Motion of Debtors, Bertram Joseph Elliott and Charlotte Jean Elliott, husband and wife, for leave to short sale their real property situate at 2126 Pine Valley Road, Timonium, Maryland 21093, and to sell the same in accordance with the terms identified in their Motion, and after notice to those parties as directed by the Court, and after hearing, if necessary, and good cause having been shown, it is hereby **ORDERED AND DECREED** that leave is granted to Debtors to sell the above-referenced real property via short sale to the third parties identified in Debtors' Motion and under the terms and conditions contained therein, noting particularly that the first mortgage lien of The Bank Of New York Mellon fka The Bank Of New York, As Trustee For The Certificateholders OF CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-6, Mortgage Pass-Through Certificates, Series 2007-6 shall be paid in full at closing.