```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 19-03514-HWV
Bertram Joseph Elliott                                          Chapter 13
Charlotte Jean Elliott
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 1              Date Rcvd: Mar 27, 2020
                                Form ID: orfeedue          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
cr          THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   P.O. Box 10826,
            Greenville, SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Danielle  Boyle-Ebersole    on behalf of Creditor    MEB Loan Trust IV c/o Select Portfolio
               Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              James  Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE Et Al... bkgroup@kmllawgroup.com
              Thomas  Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Thomas E. Miller    on behalf of Debtor 2 Charlotte Jean Elliott staff@tommillerlawoffice.com
              Thomas E. Miller    on behalf of Debtor 1 Bertram Joseph Elliott staff@tommillerlawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bertram Joseph Elliott | Chapter 13 |
| Charlotte Jean Elliott | Case number 1:19–bk–03514–HWV |
| **Debtor(s)** | Document Number: 53 |

### Order Filing Fee Due

A transfer of claim was filed on **March 27, 2020**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **April 3, 2020**.

Dated:  March 27, 2020

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

orfeedue(05/18)