```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                  Case No. 19-03514-HWV
Bertram Joseph Elliott                                                  Chapter 13
Charlotte Jean Elliott
        Debtors
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 27, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.
5258492        The Bank of New York Mellon, et al,   c/o Bank of America, N.A.,   PO Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Danielle  Boyle-Ebersole    on behalf of Creditor    MEB Loan Trust IV c/o Select Portfolio
               Servicing, Inc. debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE Et Al... bkgroup@kmllawgroup.com
              Thomas  Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Thomas E. Miller    on behalf of Debtor 2 Charlotte Jean Elliott staff@tommillerlawoffice.com
              Thomas E. Miller    on behalf of Debtor 1 Bertram Joseph Elliott staff@tommillerlawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                                   TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-03514-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Bertram Joseph Elliott
3784 Baltimore Pike
Hanover PA 17331

Charlotte Jean Elliott
3784 Baltimore Pike
Hanover PA 17331

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/27/2020.

Name and Address of Alleged Transferor(s):

Claim No. 12: The Bank of New York Mellon, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
P.O. Box 10826
Greenville, SC 29603-0826
THE BANK OF NEW YORK MELLON FKA THE BANK
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/29/20

Terrence S. Miller
**CLERK OF THE COURT**