Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Bertram Joseph Elliott** |
| Debtor 2 (Spouse, if filing) | **Charlotte Jean Elliott** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (If known) | **1:19-bk-03514** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | Retired | **Property Manager** |
| | Employer's name | | **Wallace H. Campbell & Company** |
| | Employer's address | | **6212 York Road<br>Baltimore, MD 21212** |
| | How long employed there? | Retired as of 3/1/2021 | Since 8/2019 |

**Part 2:** Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 4,968.44 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 4,968.44 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 4,968.44 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 937.34 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 6. | | $ 0.00 | $ 937.34 |

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 7. | | $ 0.00 | $ 4,031.10 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 2,226.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 9. | | $ 2,226.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

| | | | | | |
|---|---|---|---|---|---|
| 10. | $ 2,226.00 | + | $ 4,031.10 | = | $ 6,257.10 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify:

| | | |
|---|---|---|
| | 11. | +$ 0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies

| | | |
|---|---|---|
| | 12. | $ 6,257.10 |
| | | Combined monthly income |

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

■ Yes. Explain: Debtor Bertram J. Elliott is currently 66 years of age and is retiring as of March 1, 2021. He will receive Social Security Benefits. Debtor Charlotte J. Elliott remains a salaried employee and is anticipated to gross at least $58,212.00 in 2021.

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

**Wallace H Campbell & Co**
6212 York Rd
Baltimore, MD 21212
(410) 532-1515

| Voucher Date | Voucher Number |
|---|---|
| 02/12/2021 | 6749 |

**Direct Deposit Advice**

\*\*\* This is not a check\*\*\*

Direct Deposit Amount          \*\*\*\*\* 2,019.82

**CHARLOTTE J ELLIOTT**
3784 Baltimore Pike
Hanover, PA 17331

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

| CHARLOTTE J ELLIOTT | February 12, 2021 | 6749 |
|---|---|---|

| Emp Id | 5721 | Loc | 20 | Period Begin | 02/01/2021 | Net Pay | 2,019.82 |
|---|---|---|---|---|---|---|---|
| Status | A | Hire Date | 11/19/2019 | Period End | 02/15/2021 | Dir Dep | 2,019.82 |
| | | | | Check Type | Reg | | |

### Earnings Summary

**Total Gross Pay**

| | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 0.00 | | 2,369.00 | 7,107.00 |
| Commission | 0.00 | | 75.00 | 75.00 |
| GTL Automated | 0.00 | | 0.22 | 0.66 |
| Miscellaneous | 0.00 | | 0.00 | 80.00 |
| | 0.00 | | 2,444.22 | 7,262.66 |

**Taxes**

| | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-2 | 2,444.22 | 172.72 | 509.76 |
| OASDI | | 2,444.22 | 151.54 | 450.28 |
| Medicare | | 2,444.22 | 35.44 | 105.31 |
| Pennsylvania SITW | M-0 | 2,444.22 | 75.04 | 222.97 |
| York Tax Collection District | | 2,444.22 | 24.44 | 72.62 |
| | | | 459.18 | 1,360.94 |

**Other Deductions from Pay**

| | Current Amt | Ytd Amt |
|---|---|---|
| GTL Automated | 0.22 | 0.66 |
| Reimburse | -35.00 | -105.00 |
| | -34.78 | -104.34 |

### Direct Deposit

| Bank | Account | Current Amt |
|---|---|---|
| M & T BANK | Ends with \*\*\*1199 | 2,019.82 |
| | | 2,019.82 |

### Payment Summary for Voucher 6749

| | |
|---|---|
| Total Gross Pay | 2,444.22 |
| Federal Taxes | -359.70 |
| State and Local Taxes | -99.48 |
| Other Deductions | 34.78 |
| Net Pay | 2,019.82 |
| Direct Deposits | -2,019.82 |
| Net Check | 0.00 |

### Additional Information

**Wallace H Campbell & Co**
6212 York Rd
Baltimore, MD 21212

**Earnings Statement**

| | |
|---|---|
| Check Date: | January 29, 2021 |
| Period Beginning: | January 16, 2021 |
| Period Ending: | January 31, 2021 |

**Charlotte J Elliott**

| | | | |
|---|---|---|---|
| Employee Number | 5721 | Department | 20 |

| | |
|---|---|
| Voucher Number | 6714 |
| Net Pay | 2,050.33 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | | 2404.00 | | 4738.00 |
| Misc | 0.00 | | 80.00 | | 80.00 |
| GTL-A | 0.00 | | 0.22 | | 0.44 |
| **Total Gross Pay** | | | **2484.22** | | **4818.44** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 2484.22 | 36.02 | 69.87 |
| OASDI | | 2484.22 | 154.02 | 298.74 |
| West Manheim T. | | 2484.22 | 24.84 | 48.18 |
| Pennsylvania SITW | | 2484.22 | 76.27 | 147.93 |
| Federal Income Tax | M/2 | 2484.22 | 177.52 | 337.04 |
| **Total Tax Withholding** | | | **468.67** | **901.76** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| GTL Automated | 0.22 | 0.44 |
| Reimburse | -35.00 | -70.00 |
| **Total Deductions** | **-34.78** | **-69.56** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx2955 | xxxxxx1199 | 2050.33 |
| **Total Direct Deposits** | | **2050.33** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | Dollars |
|---|---|

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**Wallace H Campbell & Co**
6212 York Rd
Baltimore, MD 21212

**Earnings Statement**

| | | |
|---|---|---|
| Check Date: | January 15, 2021 |
| Period Beginning: | January 01, 2021 |
| Period Ending: | January 15, 2021 |

**Charlotte J Elliott**

| | | | | |
|---|---|---|---|---|
| Employee Number | 5721 | Department | 20 | Voucher Number | 6680 |
| | | | | Net Pay | 1,935.91 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | | 2334.00 | | 2334.00 |
| GTL-A | 0.00 | | 0.22 | | 0.22 |
| **Total Gross Pay** | | | **2334.22** | | **2334.22** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 2334.22 | 33.85 | 33.85 |
| OASDI | | 2334.22 | 144.72 | 144.72 |
| West Manheim T. | | 2334.22 | 23.34 | 23.34 |
| Pennsylvania SITW | | 2334.22 | 71.66 | 71.66 |
| Federal Income Tax | M/2 | 2334.22 | 159.52 | 159.52 |
| **Total Tax Withholding** | | | **433.09** | **433.09** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| GTL Automated | 0.22 | 0.22 |
| Reimburse | -35.00 | -35.00 |
| **Total Deductions** | **-34.78** | **-34.78** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx2955 | xxxxxx1199 | 1935.91 |
| **Total Direct Deposits** | | **1935.91** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | Dollars |
|---|---|

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼