United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                             Case No. 19-03514-HWV

Bertram Joseph Elliott                                         Chapter 7

Charlotte Jean Elliott

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                                                         Page 1 of 4
Date Rcvd: Mar 10, 2021                      Form ID: 309A                                                      Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++       Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bertram Joseph Elliott, Charlotte Jean Elliott, 3784 Baltimore Pike, Hanover, PA 17331-9695 |
| aty | + | Danielle Boyle-Ebersole, Orlans PC, 200 Eagle Road, Suite 120, Wayne, PA 19087-3115 |
| aty | + | James Warmbrodt, 701 Market Street Suite 5000, Philadephia, PA 19106-1541 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130, Mount Laurel, NJ 08054-1218 |
| aty | + | Thomas Song, Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Suite 1400 Philadelphia, PA 19103-1814 |
| aty | + | William E. Craig, Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| tr | + | Steven M. Carr (Trustee), Ream Carr Markey Woloshin & Hunter LLP, 119 East Market Street, York, PA 17401-1221 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 5236365 | | Crown Asset Management, LLC, c/o Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5236367 | | Fifth Third, 1797 NE Espressway, Atlanta, GA 30329 |
| 5236368 | | Fingerhut, P.O. Box 70281, Philadelphia, PA 19176-0281 |
| 5257649 | + | Greensky, LLC/Home Depot Loan Services, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 5236369 | + | Justice Jeffrey A. Sneeringer, 20 Wayne Avenue, Suite 2, Hanover, PA 17331-3340 |
| 5236371 | ++++ | LAW OFFICES OF SHAWN A. GOLDFADEN, 215 WASHINGTON AVE STE 707, TOWSON MD 21204-4749 address filed with court:, Law Offices of Shawn A. Goldfaden, 29 West Susquehanna Avenue, Suite 707, Towson, MD 21204 |
| 5274231 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5274232 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 5236373 | + | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5245113 | + | Navient Solutions, LLC obo ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5237775 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 5236375 | | Nissan Motor Acceptance Corporation, P.O. Box 742658, Cincinnati, OH 45274-2658 |
| 5236376 | | Pressler, Felt & Warshaw LLP, c/o Ian Z. Winograd, Esquire, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5236379 | ++++ | SHAWN A. GOLDFADEN, ESQUIRE, 215 WASHINGTON AVE STE 707, TOWSON MD 21204-4749 address filed with court:, Shawn A. Goldfaden, Esquire, 29 West Susquehanna Avenue, Suite 707, Towson, MD 21204 |
| 5316783 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5316784 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826 Greenville, SC 29603-0826 |
| 5236387 | + | Travel Resorts of America, 1930 North Poplar Street, Southern Pines, NC 28387-7092 |
| 5381102 | + | Wells Fargo Bank, N.A., c/o Mario Hanyon, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: staff@tommillerlawoffice.com | Mar 10 2021 19:10:00 | Thomas E. Miller, Law Offices of Thomas E. Miller, Esquire, 249 York Street, Hanover, PA 17331 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Mar 10 2021 19:10:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| cr | | + EDI: PRA.COM | Mar 10 2021 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5236358 | | Email/Text: bankruptcygroup@apgfcu.com | Mar 10 2021 19:10:00 | APGFCU, P.O. Box 1176, Aberdeen, MD 21001-6176 |
| 5236356 | | Email/Text: bankruptcygroup@apgfcu.com | Mar 10 2021 19:10:00 | Aberdeen Proving Ground, P.O. Box 1176, Aberdeen, MD 21001-6176 |
| 5236357 | | EDI: GMACFS.COM | Mar 10 2021 23:43:00 | Ally, Payment Processing Center, Louisville, KY 40290-1951 |
| 5260179 | | EDI: GMACFS.COM | Mar 10 2021 23:43:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5258675 | | EDI: BANKAMER.COM | Mar 10 2021 23:43:00 | Bank Of America, N.A., Bank Of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 5236359 | | EDI: BANKAMER.COM | Mar 10 2021 23:43:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 5236360 | + | EDI: TSYS2.COM | Mar 10 2021 23:43:00 | BarclayCard, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 5236361 | + | EDI: TSYS2.COM | Mar 10 2021 23:43:00 | Barclays Bank Delaware, 100 South West Street, Wilmington, DE 19801-5015 |
| 5236362 | + | EDI: WFFC.COM | Mar 10 2021 23:43:00 | Bob's Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |
| 5236363 | | EDI: CAPITALONE.COM | Mar 10 2021 23:43:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5239113 | | EDI: CAPITALONE.COM | Mar 10 2021 23:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5258587 | | EDI: BL-BECKET.COM | Mar 10 2021 23:43:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5236364 | + | EDI: WFNNB.COM | Mar 10 2021 23:43:00 | Comenity, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5242708 | | EDI: CBS7AVE | Mar 10 2021 23:43:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5236366 | | EDI: DISCOVER.COM | Mar 10 2021 23:43:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5237520 | | EDI: DISCOVER.COM | Mar 10 2021 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5262300 | | EDI: JEFFERSONCAP.COM | Mar 10 2021 23:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5236370 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 10 2021 19:10:00 | Kohl's Payment Center, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5236372 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2021 19:09:31 | LVNV Funding LLC, c/o Resurgent Capital Services LP, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5238430 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2021 19:09:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5260069 | + | EDI: MID8.COM | Mar 10 2021 23:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5236374 | + | EDI: NAVIENTFKASMSERV.COM | Mar 10 2021 23:43:00 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 5263028 | | EDI: PRA.COM | Mar 10 2021 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5283246 | | EDI: Q3G.COM | Mar 10 2021 23:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 5260634 | | EDI: Q3G.COM | Mar 10 2021 23:43:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5283247 | + | EDI: Q3G.COM | Mar 10 2021 23:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5258775 | | EDI: Q3G.COM | Mar 10 2021 23:43:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5236381 | | EDI: RMSC.COM | Mar 10 2021 23:43:00 | SYNCB/Belk, PO Box 530940, Atlanta, GA 30353-0940 |
| 5236382 | + | EDI: RMSC.COM | Mar 10 2021 23:43:00 | SYNCB/Home Design, P.O. Box 965036, Orlando, FL 32896-5036 |
| 5236383 | + | EDI: RMSC.COM | Mar 10 2021 23:43:00 | SYNCB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5236384 | | EDI: RMSC.COM | Mar 10 2021 23:43:00 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5236378 | | EDI: DRIV.COM | Mar 10 2021 23:43:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 5243327 | + | EDI: DRIV.COM | Mar 10 2021 23:43:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5236377 | + | EDI: DRIV.COM | Mar 10 2021 23:43:00 | Santander Consumer USA Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5236380 | | EDI: CBSMASON | Mar 10 2021 23:43:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 5245913 | + | EDI: CBSMASON | Mar 10 2021 23:43:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5236676 | + | EDI: RMSC.COM | Mar 10 2021 23:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5236385 | | EDI: RMSC.COM | Mar 10 2021 23:43:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5236386 | | EDI: RMSC.COM | Mar 10 2021 23:43:00 | Synchrony Networks, PO Box 965036, Orlando, FL 32896-5036 |
| 5258492 | | EDI: BANKAMER.COM | Mar 10 2021 23:43:00 | The Bank of New York Mellon, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 5244568 | | EDI: WFFC.COM | Mar 10 2021 23:43:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |
| 5381103 | + | EDI: WFFC.COM | Mar 10 2021 23:43:00 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 5259091 | | EDI: WFFC.COM | Mar 10 2021 23:43:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5236388 | | EDI: WFFC.COM | Mar 10 2021 23:43:00 | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**

| | | |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5243640 | *+ | Law Offices of Shawn A. Goldfaden, LLC, 215 Washington Avenue Ste 707, Towson, MD 21204-4749 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2021        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Danielle Boyle-Ebersole | on behalf of Creditor MEB Loan Trust IV c/o Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE Et Al... bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| Thomas E. Miller | on behalf of Debtor 2 Charlotte Jean Elliott staff@tommillerlawoffice.com |
| Thomas E. Miller | on behalf of Debtor 1 Bertram Joseph Elliott staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Bertram Joseph Elliott<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–2671<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Charlotte Jean Elliott<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–4650<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | Date case filed in chapter: 13  8/19/19 |
| Case number: 1:19–bk–03514–HWV | | Date case converted to chapter: 7  3/10/21 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  10/01/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bertram Joseph Elliott | Charlotte Jean Elliott |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3784 Baltimore Pike<br>Hanover, PA 17331 | 3784 Baltimore Pike<br>Hanover, PA 17331 |
| 4. | **Debtor's attorney**<br>Name and address | Thomas E. Miller<br>Law Offices of Thomas E. Miller, Esquire<br>249 York Street<br>Hanover, PA 17331 | Contact phone 717–630–2811<br>Email: staff@tommillerlawoffice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M. Carr (Trustee)<br>Ream Carr Markey Woloshin & Hunter LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br>Email: stevecarr8@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

Debtor **Bertram Joseph Elliott** and **Charlotte Jean Elliott**  Case number **1:19−bk−03514−HWV**

**Receiving Court Issued Orders and Notices by E−Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn−form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E−Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 | Hours open: <br> Monday – Friday 9:00 AM to 4:00 PM <br><br> Contact phone (717) 901−2800 <br><br> Date: 3/10/21 |
| 7. | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 7, 2021 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *Valid photo identification and proof of social security number are required* | Location: <br><br> **341 meeting will be held telephonically, refer to the call−in instructions.** |
| 8. | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/6/21** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**  page **2**

Case 1:19-bk-03514-HWV    Doc 65    Filed 03/12/21    Entered 03/13/21 00:35:30    Desc
Imaged Certificate of Notice    Page 6 of 6