United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-03514-HWV

Bertram Joseph Elliott  Chapter 7

Charlotte Jean Elliott

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Mar 10, 2021     Form ID: tele341     Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bertram Joseph Elliott, Charlotte Jean Elliott, 3784 Baltimore Pike, Hanover, PA 17331-9695 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 5258675 | | Bank Of America, N.A., Bank Of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 5236359 | | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 5236360 | + | BarclayCard, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 5236361 | + | Barclays Bank Delaware, 100 South West Street, Wilmington, DE 19801-5015 |
| 5236362 | + | Bob's Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |
| 5258587 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5236365 | | Crown Asset Management, LLC, c/o Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5236367 | | Fifth Third, 1797 NE Espressway, Atlanta, GA 30329 |
| 5236368 | | Fingerhut, P.O. Box 70281, Philadelphia, PA 19176-0281 |
| 5257649 | + | Greensky, LLC/Home Depot Loan Services, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 5236369 | + | Justice Jeffrey A. Sneeringer, 20 Wayne Avenue, Suite 2, Hanover, PA 17331-3340 |
| 5236371 | ++++ | LAW OFFICES OF SHAWN A. GOLDFADEN, 215 WASHINGTON AVE STE 707, TOWSON MD 21204-4749 address filed with court:, Law Offices of Shawn A. Goldfaden, 29 West Susquehanna Avenue, Suite 707, Towson, MD 21204 |
| 5274231 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5274232 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 5236373 | + | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5245113 | + | Navient Solutions, LLC obo ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5237775 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 5236375 | | Nissan Motor Acceptance Corporation, P.O. Box 742658, Cincinnati, OH 45274-2658 |
| 5236376 | | Pressler, Felt & Warshaw LLP, c/o Ian Z. Winograd, Esquire, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5236379 | ++++ | SHAWN A. GOLDFADEN, ESQUIRE, 215 WASHINGTON AVE STE 707, TOWSON MD 21204-4749 address filed with court:, Shawn A. Goldfaden, Esquire, 29 West Susquehanna Avenue, Suite 707, Towson, MD 21204 |
| 5236378 | | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 5243327 | + | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5236377 | + | Santander Consumer USA Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5316783 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5316784 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826 Greenville, SC 29603-0826 |
| 5258492 | | The Bank of New York Mellon, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 5236387 | + | Travel Resorts of America, 1930 North Poplar Street, Southern Pines, NC 28387-7092 |
| 5381102 | + | Wells Fargo Bank, N.A., c/o Mario Hanyon, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5381103 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 5259091 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5244568 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |
| 5236388 | | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2021 19:09:00 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5236358 | | Email/Text: bankruptcygroup@apgfcu.com Mar 10 2021 19:10:00 | | APGFCU, P.O. Box 1176, Aberdeen, MD 21001-6176 |
| 5236356 | | Email/Text: bankruptcygroup@apgfcu.com Mar 10 2021 19:10:00 | | Aberdeen Proving Ground, P.O. Box 1176, Aberdeen, MD 21001-6176 |
| 5236357 | | Email/Text: ally@ebn.phinsolutions.com Mar 10 2021 19:10:00 | | Ally, Payment Processing Center, Louisville, KY 40290-1951 |
| 5260179 | | Email/Text: ally@ebn.phinsolutions.com Mar 10 2021 19:10:00 | | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5236363 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Mar 10 2021 19:09:55 | | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5239113 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Mar 10 2021 19:09:28 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5236364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 10 2021 19:10:00 | | Comenity, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5242708 | | Email/Text: bankruptcy@sccompanies.com Mar 10 2021 19:10:00 | | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5236366 | | Email/Text: mrdiscen@discover.com Mar 10 2021 19:10:00 | | Discover Bank, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5237520 | | Email/Text: mrdiscen@discover.com Mar 10 2021 19:10:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5262300 | | Email/Text: JCAP_BNC_Notices@jcap.com Mar 10 2021 19:10:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5236370 | + | Email/Text: PBNCNotifications@peritusservices.com Mar 10 2021 19:10:00 | | Kohl's Payment Center, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5236372 | + | Email/PDF: resurgentbknotifications@resurgent.com Mar 10 2021 19:09:02 | | LVNV Funding LLC, c/o Resurgent Capital Services LP, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5238430 | | Email/PDF: resurgentbknotifications@resurgent.com Mar 10 2021 19:09:02 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5260069 | + | Email/Text: bankruptcydpt@mcmcg.com Mar 10 2021 19:10:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5236374 | + | Email/PDF: pa_dc_claims@navient.com Mar 10 2021 19:09:56 | | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 5263028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2021 19:09:00 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5283246 | | Email/Text: bnc-quantum@quantum3group.com Mar 10 2021 19:10:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5260634 | | Email/Text: bnc-quantum@quantum3group.com Mar 10 2021 19:10:00 | | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5283247 | + | Email/Text: bnc-quantum@quantum3group.com Mar 10 2021 19:10:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5258775 | | Email/Text: bnc-quantum@quantum3group.com Mar 10 2021 19:10:00 | | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5236381 | | Email/PDF: gecsedi@recoverycorp.com Mar 10 2021 19:09:54 | | SYNCB/Belk, PO Box 530940, Atlanta, GA 30353-0940 |
| 5236382 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 10 2021 19:09:28 | SYNCB/Home Design, P.O. Box 965036, Orlando, FL 32896-5036 |
| 5236383 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 19:08:59 | SYNCB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5236384 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 19:08:59 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5236380 | | Email/Text: bankruptcy@sccompanies.com | Mar 10 2021 19:10:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 5245913 | + | Email/Text: bankruptcy@sccompanies.com | Mar 10 2021 19:10:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5236676 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 19:09:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5236385 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 19:09:54 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5236386 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 19:08:59 | Synchrony Networks, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5243640 | *+ | Law Offices of Shawn A. Goldfaden, LLC, 215 Washington Avenue Ste 707, Towson, MD 21204-4749 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Danielle Boyle-Ebersole | on behalf of Creditor MEB Loan Trust IV c/o Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| James Warmbrodt | |

| | |
|---|---|
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE Et Al... bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| Thomas E. Miller | on behalf of Debtor 2 Charlotte Jean Elliott staff@tommillerlawoffice.com |
| Thomas E. Miller | on behalf of Debtor 1 Bertram Joseph Elliott staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(03/20)