United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-03514-HWV
Bertram Joseph Elliott  Chapter 7
Charlotte Jean Elliott
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: admin     Page 1 of 4
Date Rcvd: Jun 14, 2021     Form ID: 318     Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bertram Joseph Elliott, Charlotte Jean Elliott, 3784 Baltimore Pike, Hanover, PA 17331-9695 |
| cr | + | Nissan Motor Credit Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 5236365 | | Crown Asset Management, LLC, c/o Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5236367 | | Fifth Third, 1797 NE Espressway, Atlanta, GA 30329 |
| 5236368 | | Fingerhut, P.O. Box 70281, Philadelphia, PA 19176-0281 |
| 5236369 | + | Justice Jeffrey A. Sneeringer, 20 Wayne Avenue, Suite 2, Hanover, PA 17331-3340 |
| 5236371 | ++++ | LAW OFFICES OF SHAWN A. GOLDFADEN, 215 WASHINGTON AVE STE 707, TOWSON MD 21204-4749 address filed with court:, Law Offices of Shawn A. Goldfaden, 29 West Susquehanna Avenue, Suite 707, Towson, MD 21204 |
| 5274231 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5274232 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 5245113 | + | Navient Solutions, LLC obo ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5237775 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 5236375 | | Nissan Motor Acceptance Corporation, P.O. Box 740849, Cincinnati, OH 45274-0849 |
| 5236376 | | Pressler, Felt & Warshaw LLP, c/o Ian Z. Winograd, Esquire, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5236379 | ++++ | SHAWN A. GOLDFADEN, ESQUIRE, 215 WASHINGTON AVE STE 707, TOWSON MD 21204-4749 address filed with court:, Shawn A. Goldfaden, Esquire, 29 West Susquehanna Avenue, Suite 707, Towson, MD 21204 |
| 5316783 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5316784 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826 Greenville, SC 29603-0826 |
| 5236387 | + | Travel Resorts of America, 1930 North Poplar Street, Southern Pines, NC 28387-7092 |
| 5381102 | + | Wells Fargo Bank, N.A., c/o Mario Hanyon, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 14 2021 23:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5236358 | | Email/Text: bankruptcygroup@apgfcu.com | Jun 14 2021 19:09:00 | APGFCU, P.O. Box 1176, Aberdeen, MD 21001-6176 |
| 5236356 | | Email/Text: bankruptcygroup@apgfcu.com | Jun 14 2021 19:09:00 | Aberdeen Proving Ground, P.O. Box 1176, Aberdeen, MD 21001-6176 |
| 5236357 | | EDI: GMACFS.COM | Jun 14 2021 23:03:00 | Ally, Payment Processing Center, Louisville, KY 40290-1951 |
| 5260179 | | EDI: GMACFS.COM | Jun 14 2021 23:03:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5258675 | | EDI: BANKAMER.COM | Jun 14 2021 23:03:00 | Bank Of America, N.A., Bank Of America, PO Box 31785, Tampa, FL, 33631-3785 |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| 5236359 | EDI: BANKAMER.COM | Jun 14 2021 23:03:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 5236360 | + EDI: TSYS2.COM | Jun 14 2021 23:03:00 | BarclayCard, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 5236361 | + EDI: TSYS2.COM | Jun 14 2021 23:03:00 | Barclays Bank Delaware, 100 South West Street, Wilmington, DE 19801-5015 |
| 5236362 | + EDI: WFFC.COM | Jun 14 2021 23:03:00 | Bob's Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |
| 5236363 | EDI: CAPITALONE.COM | Jun 14 2021 23:03:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5239113 | EDI: CAPITALONE.COM | Jun 14 2021 23:03:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5258587 | EDI: BL-BECKET.COM | Jun 14 2021 23:03:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5236364 | + EDI: WFNNB.COM | Jun 14 2021 23:03:00 | Comenity, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5242708 | EDI: CBS7AVE | Jun 14 2021 23:03:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5236366 | EDI: DISCOVER.COM | Jun 14 2021 23:03:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5237520 | EDI: DISCOVER.COM | Jun 14 2021 23:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5257649 | + Email/Text: bankruptcy@greenskycredit.com | Jun 14 2021 19:09:00 | Greensky, LLC/Home Depot Loan Services, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 5262300 | EDI: JEFFERSONCAP.COM | Jun 14 2021 23:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5236370 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 14 2021 19:09:00 | Kohl's Payment Center, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5236372 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2021 19:09:37 | LVNV Funding LLC, c/o Resurgent Capital Services LP, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5238430 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2021 19:09:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5236373 | + EDI: MID8.COM | Jun 14 2021 23:03:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5260069 | + EDI: MID8.COM | Jun 14 2021 23:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5236374 | + EDI: NAVIENTFKASMSERV.COM | Jun 14 2021 23:03:00 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 5263028 | EDI: PRA.COM | Jun 14 2021 23:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5283246 | EDI: Q3G.COM | Jun 14 2021 23:03:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5260634 | EDI: Q3G.COM | Jun 14 2021 23:03:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5283247 | + EDI: Q3G.COM | Jun 14 2021 23:03:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5258775 | EDI: Q3G.COM | | |

| Recip ID | | EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 14 2021 23:03:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5236381 | | EDI: RMSC.COM | Jun 14 2021 23:03:00 | SYNCB/Belk, PO Box 530940, Atlanta, GA 30353-0940 |
| 5236382 | + | EDI: RMSC.COM | Jun 14 2021 23:03:00 | SYNCB/Home Design, P.O. Box 965036, Orlando, FL 32896-5036 |
| 5236383 | + | EDI: RMSC.COM | Jun 14 2021 23:03:00 | SYNCB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5236384 | | EDI: RMSC.COM | Jun 14 2021 23:03:00 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5236378 | | EDI: DRIV.COM | Jun 14 2021 23:03:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 5243327 | + | EDI: DRIV.COM | Jun 14 2021 23:03:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5236377 | + | EDI: DRIV.COM | Jun 14 2021 23:03:00 | Santander Consumer USA Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5236380 | | EDI: CBSMASON | Jun 14 2021 23:03:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 5245913 | + | EDI: CBSMASON | Jun 14 2021 23:03:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5236676 | + | EDI: RMSC.COM | Jun 14 2021 23:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5236385 | | EDI: RMSC.COM | Jun 14 2021 23:03:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5236386 | | EDI: RMSC.COM | Jun 14 2021 23:03:00 | Synchrony Networks, PO Box 965036, Orlando, FL 32896-5036 |
| 5258492 | | EDI: BANKAMER.COM | Jun 14 2021 23:03:00 | The Bank of New York Mellon, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 5244568 | | EDI: WFFC.COM | Jun 14 2021 23:03:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |
| 5381103 | + | EDI: WFFC.COM | Jun 14 2021 23:03:00 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 5259091 | | EDI: WFFC.COM | Jun 14 2021 23:03:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5236388 | | EDI: WFFC.COM | Jun 14 2021 23:03:00 | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 47

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5243640 | *+ | Law Offices of Shawn A. Goldfaden, LLC, 215 Washington Avenue Ste 707, Towson, MD 21204-4749 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor MEB Loan Trust IV c/o Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE Et Al... bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com |
| Thomas E. Miller | on behalf of Debtor 2 Charlotte Jean Elliott staff@tommillerlawoffice.com |
| Thomas E. Miller | on behalf of Debtor 1 Bertram Joseph Elliott staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Bertram Joseph Elliott<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2671<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Charlotte Jean Elliott<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4650<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–03514–HWV | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bertram Joseph Elliott                     Charlotte Jean Elliott

**By the court:**  /s/ Henry W. Van Eck

6/14/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                     **Order of Discharge**                     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**